IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 JAN 31 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Lee Allen-209274
**Full name and prison number
of plaintiff(s)**

v.

Lowndes County Sheriff Dept
MR. Willie, Vaughner
MRS Jeanette. Cottrell
Capt. Lairue. Gresham
                Mosely
MRS. KiKi. Lawson + MR. Lenny Lee
**Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)**

CIVIL ACTION NO. 2:07CV90-ID
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lowndes County Detention Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lowndes County Detention facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Lowndes County Sheriff Dept | 653 State Hwy 21 South Hayneville Al 36040 |
| 2. MR. Willie Vaughner | 653 State Hwy 21 South Hayneville, Al 36040 |
| 3. Lt. MRS. Jeanette Cottrell | 653 State Hwy 21 South Hayneville, Al 36040 |
| 4. Capt Lairue Gresham | 653 State Hwy 21 South Hayneville Al 36040 |
| 5. Detective Lenny Lee | 653 State Hwy 21 South Hayneville, Al 36040 |
| 6. MRS. K. Lawson + Maintance man Name uknown | sAme As Above |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 1/22/07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: My legal Mail was Search and read without my presence or permission Violation of my civil Rights

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

About 10:00 AM the mourning of 1/22/07 At the Lowndes County Jail we was call out to go lock down in the Chapel so that some Repairs could be made. twenty minutes later they call me to get my stuff so I Ask them for what And thats when Detective lenny pull out his Tazer Gun And pointed. (see Exihibit-A) B

**GROUND TWO:** See Exihibit-C Attached

**SUPPORTING FACTS:** What ever was mess up in cell A-3 was Already like that And the Only other thing else i can think of is i had put some left over Bones on the floor in the cell so i could catch some of those mice or Rats thats living under our stair case so i could have him As A pet since I've been here I had spiders, slugs, centepedes As pets

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

Exihibit-A

They won't give me a copy of my finance statements I'm sending you all of my Reciepts

written 1/25/07

It at me And said lets go up to the Front so I pick my stuff up came to the Front with him pointing a Tazer gun on me. So After reaching the Front Lt Cottrell said put everything you have down on the floor And go into the lockdown cell I said Okay but let me get my legal Mail that was on top of my box to take into the lockdown cell with me because it was my right to keep my legal mail in my present so Nobody can go through it without my permission she just look At me And said get in the lockdown cell right now. And thats when Detective Lenny Lee [Last Name] pointed his Tazer Gun At me again threatening to shoot me if I didnt go inside the lock down cell After locking me down Lt. Cottrell And Detective Lenny Lee Exchange words And He left And thats when Lt. Cottrell pick up my Box with my legal papers on top, And walk into the Nurse's Station A couple of rooms down from where I was lockdown at And then C.O MRS.K.Lawson came from behind the booking desk And went to the Nurse's Station And I could here them going through my belongings with me not present, And After they got done Lt Cottrell And C.O.MRS.K.Lawson carried my box to the booking Desk And sat it down on it And took off their Latex Gloves right in front of me while I was looking through the glass this is All caught on their Video Camera on 1/22/07 About 10:30 Am Monday mourning It was one inmate in the cell at the time with me Name (Dwight) — (Dwight Toliver or Oliver) (Everything is True) Robert Allen (Last Name - A-Dorm)

Exihibit-"B"

(Recieved 1/25/07)  Recieve this As A Statement

Well Robert J.D. called me to his new cell to show me his law suit papers today 1-24-07. They are civil suit against the sheriff's dept. He asked me did you send off those papers? I told him we sent off the papers the day Butch left. Did he J.D give you a paper with all the dates and events certain things took place in here? If he didn't he said that he did. He told me Lt. was opening his mail and he caught her, she was nerveous and gave him all 3 letters from the courts. 1 of them was to inform them that they had 40 days to reply to the accusations that are being made. I read both of them, he has the papers that they need to respond to. The motion has been granted, he has grounds to sue. Darryl has been in the cell with us since the day you left, we straight chillin. Hey Man this is under control brother. When ever the Lawyers comes tell them to call to the back cause Sorrell Jackson has something to say These people don't know whats about to happen to them. Keep me informed Robert. We all on the same page. Don't forget about the Spoiled food served on 1-21-07

Recieve from    1/25/07
Location - Cell-A-wedge — Sorrell Jackson
                         — James Davis

How i got this letter they came up to the front for medication And give it to me
I want the Courts to know that they didn't know that the Lt went through my legal mail without my permission I was Surprise when i read it in this statement thats why i am sending it to you All to document it in my file

Robert A___

1/27/07    I Stayed in A-1 from About 8/16/06 to 10/19/06
My Name is Robert Allen I am still presently in lockdown I have been here since 1/22/07 And none of the Superior Officers At this facility will tell me why i Am lock down And in isolation I've Ask several C.O,s Some have been telling me its A rumor going Around that I did something inside my cell where i sleep at in A-3 I have been House in that cell block since About 10/19/06 I Know for A fact that the joint where the Blocks join together At the Blocks was laid too close together for them to put Any mortar between them And they Know that And Another thing they didn't try to put Any motar in it And they had some type of motar mixture on the table outside because the crack is to small this is how small the crack is

[diagram: Blocks / Block / crack]

Now you see what i am talking About the real reason is Somebody inform the Sheriff And Capt. Grisham About Me filing A suit on them in Another Matter thats why i am on lockdown And they search my legal documents I am telling you All the Truth everything is facts Not my opinion I heard the Captain say I will have to prove it that they did it please Hurry cause it is on Video tape 1/22/07 get the tape I promise you if you Get the investigater to come Quickly And Get the tape you can see for yourself Thank you Kindly 1/27/07 (video tape Date is 1/22/07) Monday Mourning 9:00-10:30) And May God Bless You In the Meantime i Am still on    MR. Robert Allen
lockdown call if you would And Ask why i am on Lockdown for the Your Records Thank you    Turn OVER →

MR. Buster Pettiway And Daniel W. Childrey JR Slept in A-3 Cell before me And that crack was in the wall before i moved in that cell when ever somebody comes out to see me they can interview those inmates And find out something is wrong here And Another thing if that crack was so important why haven't they fix it but instead they lock me down And Move Some one else in my bunk And Why did they not lock down both inmates that slept in that cell the other inmate name is Darryl Robinson he is A witness And so is Any body that ever slept in that cell Block since it has been built. And yes I've shown the insects that I've caught and kept in my cell, to Keep An eye on them, so that they wouldn't bite me no more.        1/27/07

Names of witness listed below        Robert Allen

P.S. They won't photo Copy Anything for me / they won't give me A Copy of my finance Records

1. Dwight Toliver or Oliver        Living QTRS A-Dorm
2. Video Camera
3. C.O in booth At the time 1/22/07 Monday Mourning
4. James Davis        Living QTRS A-Dorm
5. Daniel W Childrey JR
6. Buster Pettiway
7. Darryl Robinson
8. Donald Jenkins
9. Well Just Any body that ever was in A-Block wedge is A witness

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Do what You Normally would do in Matters of this kind
Some Relief - invasion of privacy
Appoint Me A Lawyer to help me with this Matter

_Robert Allen_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 1/25/07
(Date)

_Robert Allen_
Signature of plaintiff(s)

4

Mr. R. Allen
P.O Box 157
Hayneville, AL
36040

THIS MAIL IS FROM
THE LOWNDES CO. JAIL

Office of the Clerk
P.O Box 711
Montgomery, AL
36101

POSTAGE DUE 48

