IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Robert Lee Allen )
_____ )
_____ )
_____ )
             **Plaintiff(s)** )
             v. )
Lowndes County Sheriff Dept )
MR. Willie Vaughner - Maintman unknown )
MRS. Jeanette Cottrell - MRS. Kiki Lawson )
MRS Lairue Gresham - MR. Lenny Lee )
             **Defendant(s)** )

RECEIVED
2007 JAN 31 A 9: 43
\_\_\_\_ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07CV90-ID

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Robert Lee Allen

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

                                            Robert Allen
                                        **Plaintiff(s) signature**

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

RECEIVED
2007 JAN 31 A 10: 13

Robert Lee Allen
Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, Robert Allen _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ☑ Yes       ☐ No       (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Lowndes County Detention Center

   Are you employed at the institution? no    Do you receive any payment from the institution? ____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?       ☐ Yes       ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   To be Honest I can't Remember the date
   You can check. Here is Social 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

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

1/25/07
_____
Date

*Robert Allen*
_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number |
|---|---|---|

IN THE _____ COURT OF _____, ALABAMA
        (Circuit, District, or Municipal)                    (Name of County or Municipality)

STYLE OF CASE: _____ v. _____
                    Plaintiff(s)                    Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☑ **CIVIL CASE**– I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ **CRIMINAL CASE**– I am financially unable to hire an attorney and request that the court appoint one for me.
☐ **DELINQUENCY/NEED OF SUPERVISION**– I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name: Robert Lee Allen          Date of birth: 9/1/64
   Spouse's full name (if married): _____
   Complete home address: 1025 Louberry Lane Prattville AL 36067

   Number of people living in household: 2
   Home telephone number: (334) 361-5408
   Occupation/Job: Scrap Iron          Length of employment: 7 months
   Driver's license number: _____   *Social Security Number: 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
   Employer: Self          Employer's telephone number: Same
   Employer's address: Same As Above

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
      Monthly Gross Income    $ 400.00 / $450.00
      Spouse's Monthly Gross Income (unless a marital offense)
      Other Earnings: Commissions, Bonuses, Interest Income, etc.
      Contributions from Other People Living in Household
      Unemployment/Workmen's Compensation,
        Social Security, Retirements, etc.
      Other Income (be specific) _____
         **TOTAL MONTHLY GROSS INCOME**    $ 400.00 / 450.00

Monthly Expenses:
  A. Living Expenses
     Rent/Mortgage            $ 80.00
     Total Utilities: Gas, Electricity, Water, etc.    120.00
     Food                30.00
     Clothing                120.00
     Health Care/Medical
     Insurance
     Car Payment(s)/Transportation Expenses    80
     Loan Payment(s)

*OPTIONAL

| Form C-10 Page 2 of 2  Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
  Credit Card Payment(s) _____
  Educational/Employment Expenses _____
  Other Expenses (*be specific*) _____ _____

        **Sub-Total**        A $ _____

B. Child Support Payment(s)/Alimony    $ _____

        **Sub-Total**        B $ _____

C. Exceptional Expenses    $ _____

**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)  $ 430.00

**Total Gross Monthly Income Less total monthly expenses:**

**DISPOSABLE MONTHLY INCOME**    $ 0.00

4. LIQUID ASSETS:
  Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)  $ _____
  Equity in Real Estate (value of property less what you owe) _____
  Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) _____
  Other (*be specific*)
  Do you own anything else of value? ☐ Yes ☐ No
  (land, house, boat, TV, stereo, jewelry)
  If so, describe _____

**TOTAL LIQUID ASSETS**    $ 0

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_Jan_ day of _25_, 20_07_.

_____
Judge/Clerk/Notary

_Robert Allen_
Affiant's Signature

_Robert Allen_
Print or Type Name

## ORDER OF COURT

**SECTION II.**
  IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
  ☐ Affiant is not indigent and request is DENIED.
  ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
  ☐ Affiant is indigent and request is GRANTED.
  ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

_____
Judge



**SWANSON SERVICES CORPORATION**
**BIRMINGHAM SERVICE CENTER**
for LOWNDES COUNTY JAIL

filled by _HS_    delivered by _____
** Must show ID to receive Order**

Name  ALLEN, ROBERT            Receipt # A23057
Account # 267755691            Date 09/25/2006
Order Slip # 4   - 67AR0351
Location A1
Bal After Order $0.79                    Cost Short
Item  Qty    Description

2204   1     JOLLY RANCHER KISS         1.24
2108   1     OREOS                      0.68
2207   3     BUTTERSCOTCH               3.63
1732   2     RAZOR                      2.08
5109   4     CAJUN MIX                  3.20
5401   2     CINNAMON ROLL              1.86
5316   2     PEANUT BUTTER COOKIE       1.86

                              Total   $14.55

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed _____

---

**SWANSON SERVICES CORPORATION**
**BIRMINGHAM SERVICE CENTER**
for LOWNDES COUNTY JAIL

filled by _HS_    delivered by _____
** Must show ID to receive Order**

Name  SELLERS, DEANDRE          Receipt # A25442
Account # 420066650             Date 12/12/2006
Order Slip # 10  - 67AR0373
Location C
Bal After Order $249.80                  Cost Short
Item  Qty    Description

2003   1     M&M PEANUTS                0.80
2204   1     JOLLY RANCHER KISS         1.24
2011   1     KIT KAT BIGKAT             0.80
2108   1     OREOS                      0.68
1514   1     TOOTHBRUSH                 1.04
5306   2     MOON PIE VANILLA           1.50
1505   1     TOOTHPASTE                 1.59
1218   1     LEVER 2000                 1.59
5401   1     CINNAMON ROLL              0.93
5341   1     LEMON CREME COOKIES        0.93
5046   1     SALT AND VINEGAR LSS       0.90
5045   1     CHEETOS LSS                0.90

                              Total   $12.90

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed _Deandre Seller_

2 Rolows

DAVIS

SWANSON SERVICES CORPORATION
BIRMINGHAM SERVICE CENTER
for LOWNDES COUNTY JAIL

filled by _JS_                               delivered by _____
** Must show ID to receive Order**

Name        ALLEN, ROBERT                Receipt # A22495
Account #   267755691                    Date 09/12/2006
Order Slip # 2   - 67AR0
Location 01
Bal After Order $0.00                              Cost   Short
Item   Qty    Description

4209   1      BOXER SHORT L                        3.68
6013   1      STAMP BOOK 10                        3.90
0001   1      SOCKS WHITE                          0.08
6001   1      LEGAL PAD                            1.39
6010   1      9 X 12 ENVELOPE LEGAL                0.70
1609   2      LOTION                               1.76
6007   1      PLAIN ENVELOPES                      1.40
5602   10     MEAT STICKS                          0.89
2211   1      PEPPERMINT BUTTONS                   1.21
2207   1      BUTTERSCOTCH                         1.21
1543   1      SODA AND PER TOOTHPASTE              4.24
1805   1      Anti Bacterial Soap                  1.76
1732   4      RAZOR                                2.08
5109   8      CAJUN MIX                            1.60
5438   2      GRAND HONEY BUN                      2.36
5172   2      JALAPENO SOURDOUGH                   1.50
5701   1      CUPONOODLE CHICKEN                   1.07
5708   1      CUPONOODLE PICANTE                   1.07
5045   2      CHEETOS LSS                          1.80

                                         Total  $39.70

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed _____

```
Receivable Charge
Receipt # A23099

Lowndes County Jail
09/26/2006 01:25:26
ST 001 / OPR MM


HAYES,
  JERMAINE

  Social Sec #   : 416297363
  Date of Birth  : 10/18/1980
  Location       :    A


Indigent Paks -        Old Bal   :      $0.00
                       Charged   :    + $3.00
                       Collected :    - $0.12
                       New Bal   :      $2.88
    Comment : 09/25/2006


  Total Collected :               $0.12



  Debt Balance       :            $2.88
  Commissary Balance :            $0.38
```

```
Receivable Charge
Receipt # A22??

Lowndes County Jail
09/08/2006 21:21:00
ST 001 / OPR MM


ALLEN,
  ROBERT

  Social Sec #   : 267755691
  Date of Birth  : 09/06/1964
  Location       :   A-1


Indigent Paks -        Old Bal   :      $0.00
                       Charged   :    + $3.50
                       Collected :    - $3.50
                       New Bal   :      $0.00
    Comment : 09/08/2006


  Total Collected :               $3.50



  Debt Balance       :            $0.00
  Commissary Balance :           $35.85
```

```
****** RESIDENT COPY ******

Receivable Charge
Receipt # A25954

Lowndes County Jail
01/02/2007 21:42:56
ST 001 / OPR MM

ALLEN,
  ROBERT

  Social Sec #   : 267755691
  Date of Birth  : 09/06/1964
  Location       :    A1


Tylenol -              Old Bal   :      $7.13
                       Charged   :    + $0.50
                       Collected :    - $0.00
                       New Bal   :      $7.63
    Comment : 12/28/2006


  Total Collected :               $0.00



  Debt Balance       :           $55.93
  Commissary Balance :            $0.04
```

```
****** RESIDENT COPY ******

Intake
Receipt # A25381

Lowndes County Jail
12/11/2006 09:51:26
ST 001 / CD 1 / OPR ADMIN

SELLERS,
  DEANDRE

  Social Sec #   : 420066650
  Date of Birth  : 09/29/1978
  Location       :    C

  Open Amount    : $262.70
  Cash
  Comment        :


  Debt Balance       :            $0.00
  Commissary Balance :          $262.70
```

```
Receivable Charge
Receipt # A25485

Lowndes County Jail
12/14/2006 09:25:20
ST 001 / OPR ADMIN


ALLEN,
  ROBERT

  Social Sec #    : 267755691
  Date of Birth   : 09/06/1964
  Location        : A1


  Tylenol -           Old Bal    :      $6.63
                      Charged    :    + $0.50
                      Collected  :    - $0.00
                      New Bal    :      $7.13


  Total Collected :                     $0.00




  Debt Balance :                       $55.43
  Commissary Balance :                  $0.04




****** RESIDENT COPY ******

Receivable Charge
Receipt # A22427

Lowndes County Jail
09/08/2006 21:31:01
ST 001 / OPR MM


ALLEN,
  ROBERT

  Social Sec #    : 267755691
  Date of Birth   : 09/0 /1964
  Location        : A1


  Pencils -           Old Bal    :      $0.00
                      Charged    :    + $0.15
                      Collected  :    - $0.15
                      New Bal    :      $0.00
      Comment : 08/27/2006


  Total Collected :                     $0.15




  Debt Balance :                        $0.00
  Commissary Balance :                 $35.70
```

```
Receivable Charge
Receipt # A24615

Lowndes County Jail
01/10/2007 00:09:04
ST 001 / OPR MM


ALLEN,
  ROBERT

  Social Sec #    : 267755691
  Date of Birth   : 09/06/1964
  Location        : A1


  Benadryl -          Old Bal    :      $0.90
                      Charged    :    + $0.50
                      Collected  :    - $0.00
                      New Bal    :      $1.40
      Comment : 01/09/2007

  Tums -              Old Bal    :      $1.70
                      Charged    :    + $0.50
                      Collected  :    - $0.00
                      New Bal    :      $2.20
      Comment : 01/09/2007


  Total Collected :                     $0.00




  Debt Balance :                       $56.93
  Commissary Balance :                  $0.04




****** RESIDENT COPY ******

Receivable Charge
Receipt # A24451

Lowndes County Jail
11/03/2006 09:08:02
ST 001 / OPR ADMIN


ALLEN,
  ROBERT

  Social Sec #    : 267755691
  Date of Birth   : 09/06/1964
  Location        : A1


  Tylenol -           Old Bal    :      $3.66
                      Charged    :    + $0.50
                      Collected  :    - $0.02
                      New Bal    :      $4.14


  Total Collected :                     $0.02




  Debt Balance :                        $    
  Commissary Balance :                  $0.06
```

Receivable Charge
Receipt # A25065

Lowndes County Jail
11/30/2006 09:26:56
ST 001 / OPR LLB

ALLEN,
ROBERT

Social Sec #    : 267755691
Date of Birth   : 09/06/1964
Location        : A1

| Tylenol - | Old Bal   : | $5.63 |
|           | Charged   : | + $0.50 |
|           | Collected : | - $0.00 |
|           | New Bal   : | $6.13 |

Comment : TYLENOL

Total Collected :                $0.00

Debt Balance :                  $54.28
Commissary Balance :             $0.04

---

Receivable Charge
Receipt # A25082

Lowndes County Jail
11/30/2006 09:37:50
ST 001 / OPR LLB

ALLEN,
ROBERT

Social Sec #    : 267755691
Date of Birth   : 09/06/1964
Location        : A1

| Tylenol - | Old Bal   : | $6.13 |
|           | Charged   : | + $0.50 |
|           | Collected : | - $0.00 |
|           | New Bal   : | $6.63 |

Comment : TYLENOL 11/20/06

Total Collected :                $0.00

Debt Balance :                  $54.78
Commissary Balance :             $0.04

---

****** RESIDENT COPY ******

Receivable Charge
Receipt # A26438

Lowndes County Jail
01/23/2007 14:52:25
ST 001 / OPR LLB

ALLEN,
ROBERT

Social Sec #    : 267755691
Date of Birth   : 09/06/1964
Location        : A1

| Tylenol - | Old Bal   : | $7.63 |
|           | Charged   : | + $1.00 |
|           | Collected : | - $0.00 |
|           | New Bal   : | $8.63 |

Comment : 01/19/2007 2 SINUS PILLS& 2 TYLENOL

Total Collected :                $0.00

Debt Balance :                  $57.93
Commissary Balance :             $0.04

---

****** RESIDENT COPY ******

Receivable Charge
Receipt # A26458

Lowndes County Jail
01/23/2007 15:02:31
ST 001 / OPR LLB

ALLEN,
ROBERT

Social Sec #    : 267755691
Date of Birth   : 09/06/1964
Location        : A1

| Tylenol - | Old Bal   : | $8.63 |
|           | Charged   : | + $0.50 |
|           | Collected : | - $0.00 |
|           | New Bal   : | $9.13 |

Comment : 01/17/2007

Total Collected :                $0.00

Debt Balance :                  $58.43
Commissary Balance :             $0.04

****** RESIDENT COPY ******

Receivable Charge
Receipt # A24714

Lowndes County Jail
11/13/2006 09:43:12
ST 001 / OPR ADMIN

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

| Tylenol - | Old Bal  | $5.13   |
|           | Charged  | + $0.50 |

---

Lowndes County Jail
11/13/2006 09:43:12
ST 001 / OPR ADMIN

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

| Tylenol - | Old Bal    | $5.13   |
|           | Charged    | + $0.50 |
|           | Collected  | - $0.00 |
|           | New Bal    | $5.63   |

Comment : 11/11/2006

Total Collected :        $0.00

Signed: _____

---

****** RESIDENT COPY ******

Receivable Charge
Receipt # A22071

Lowndes County Jail
08/30/2006 14:04:37
ST 001 / OPR ADMIN

ALLEN,
ROBERT

Social Sec #   : 267755...
Date of Birth  : 09/06/196...
Location       :

| Pencils - | Old Bal    | $0.00   |
|           | Charged    | + $0.15 |
|           | Collected  | - $0.00 |
|           | New Bal    | $0.15   |

Total Collected :        $0.00

Debt Balance :           $0.15
Commissary Balance :     $0.00

---

****** RESIDENT COPY ******

Receivable Charge
Receipt # A24594

Lowndes County Jail
11/08/2006 10:11:07
ST 001 / OPR ADMIN

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

| ...ms -   | Old Bal    | $0.71   |
|           | Charged    | + $0.50 |
|           | Collected  | - $0.01 |
|           | New Bal    | $1.20   |

Comment : 11/03/2006

| Tylenol - | Old Bal    | $4.63   |
|           | Charged    | + $0.50 |
|           | Collected  | - $0.00 |
|           | New Bal    | $5.13   |

Comment : 11/03/2006

Total Collected :        $0.01

Debt Balance :           $52.78
Commissary Balance :     $0.04

***** RESIDENT COPY *****

Receivable Charge
Receipt # [illegible]

Lowndes County Jail
10/15/2006 20:08:53
ST 001 / OPR MM

ALLEN,
  ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

|   | Old Bal | : | $0.00 |
|---|---|---|---|
|   | Charged | : | + $0.50 |
|   | Collected | : | - $0.06 |
|   | New Bal | : | $0.44 |

Comment : 10/12/2006

Total Collected :          $0.06

Debt Balance :             $48.45
Commissary Balance :       $0.21

---

***** RESIDENT COPY *****

Receivable Charge
Receipt # A24288

Lowndes County Jail
10/28/2006 20:50:22
ST 001 / OPR MM

ALLEN,
  ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Tylenol -
  Old Bal     : $2.68
  Charged     : + $0.50
  Collected   : - $0.02
  New Bal     : $3.16

Comment : 10/27/2006

Tylenol -
  Old Bal     : $3.16
  Charged     : + $0.50
  Collected   : - $0.00
  New Bal     : $3.66

Comment : 10/28/2006

Total Collected :          $0.02

Debt Balance :             $50.82
Commissary Balance :       $0.08

---

***** RESIDENT COPY *****

Receivable Charge
Receipt # A22150

Lowndes County Jail
09/04/2006 03:37:38
ST 001 / OPR MM

ALLEN,
  ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       :

Tylenol -
  Old Bal     : $0.00
  Charged     : + $0.50
  Collected   : - $0.00
  New Bal     : $0.50

Comment : 09/03/2006

Total Collected :          $0.00

Debt Balance :             $0.65
Commissary Balance :       $0.00

---

Receivable Charge
Receipt # A24451

Lowndes County Jail
11/03/2006 09:08:02
ST 001 / OPR ADMIN

ALLEN,
  ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Tylenol -
  Old Bal     : $3.66
  Charged     : + $0.50
  Collected   : - $0.02
  New Bal     : $4.14

Total Collected :          $0.02

[signature: Robert Allen]



****** RESIDENT COPY ******

Receivable Charge
Receipt # A24908

Lowndes County Jail
11/20/2006 09:22:22
ST 001 / OPR LLB

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Tums -          Old Bal    :   $1.20
                Charged    : + $0.50
Comment : TUMS  Collected  : - $0.00
                New Bal    :   $1.70

Total Collected :                $0.00

Debt Balance :                 $53.78
Commissary Balance :            $0.04


****** RESIDENT COPY ******

Receivable Charge
Receipt # A24264

Lowndes County Jail
10/27/2006 10:33:57
ST 001 / OPR ADMIN

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Tylenol -       Old Bal    :    .20
                Charged    :    .00
                Collected  :    .02
                New Bal    :    .68
Comment : 10/26/2006

Total Collected :

Debt Balance :                 $49.84
Commissary Balance :            $0.10


****** RESIDENT COPY ******

Receivable Charge
Receipt # A23763

Lowndes County Jail
10/15/2006 20:16:03
ST 001 / OPR MM

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Tylenol -       Old Bal    :   $1.75
                Charged    : + $0.50
                Collected  : - $0.05
                New Bal    :   $2.20
Comment : 10/14/2006

Total Collected                 $0.05

Debt Balance :                 $48.90
Commissary Balance :            $0.16


****** RESIDENT COPY ******

Receivable Charge
Receipt # A22893

Lowndes County Jail
09/20/2006 13:23:27
ST 001 / OPR FS

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Physcian -      Old Bal    :   $0.00
                Charged    : + $12.00
                Collected  : - $0.14
                New Bal    :   $11.86
Comment : DOCTOR

Total Collected :               $0.14

Debt Balance :                 $13.63
Commissary Balance :            $0.44

Credit
Receipt # A22587

Lowndes County Jail
09/14/2006 08:38:50
ST 001 / OPR ADMIN

ALLEN,
ROBERT

Social Sec #    : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Order Receipt #: A22495
Order Date     : 09/11/2006

| ITEM | QTY | DESCRIPTION | COST |
|---|---|---|---|
| 1609 | 1 | LOTION | 1.76 |

Sub Total :     $1.76
Tax :           $0.00
Credit Total :  $1.76

****** RESIDENT COPY ******

Add Money
Receipt # A22402
         A22403

Lowndes County Jail
09/08/2006 10:06
ST 001 / CD 1 / OPR FS

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       :

Add Amount     $40.00

Sender Name :
Money Order #: 10090539033

Comment

Receivable:

Tylenol -   Old Bal :    $0.50
            Collected: - $0.50
            New Bal :    $0.00

Pencils -   Old Bal :    $0.15
            Collected: - $0.15
            New Bal :    $0.00

Total Collected :        $0.65

Debt Balance :           $0.00
Commissary Balance :     $39.35

Receivable Charge
Receipt # A22711

Lowndes County Jail
09/17/2006 03:13:55
ST 001 / OPR MM

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Pencils -       Old Bal   :    $0.00
                Charged   :  + $0.30
                Collected : -  $0.24
Comment : 09/13/2006  New Bal  :   $0.06

Total Collected :              $0.24

Debt Balance :                 $1.30
Commissary Balance :           $0.76

****** RESIDENT COPY ******

Receivable Charge
Receipt # A23187

Lowndes County Jail
09/27/2006 13:35:36
ST 001 / OPR ADMIN

ALLEN,
ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1

Prescription -  Old Bal   :   $11.90
                Charged   : + $15.00
                Collected : -  $0.19
                New Bal   :   $26.71
Comment : PRESCRIPTION

Total Collected :              $0.19

Debt Balance :                 $35.34
Commissary Balance :           $0.60

```
****** RESIDENT COPY ******
Add Money
Receipt # A22986
            A22987

Lowndes County Jail
09/24/2006 11:33:31
ST 001 / CD 1 / OPR LTT

ALLEN,
  ROBERT

  Social Sec #    : 267755691
  Date of Birth   : 09/06/1964
  Location        :    A1

  Add Amount      : $20.00

  Visitor Name :
  Money Order #: 08576259585

  Comment      :

Receivable:
_____

Physcian -              Old Bal  :    $11.86
                        Collected: -  $4.94
                        New Bal  :     $6.92

                        Old Bal  :    $0.06
                        Collected: -  $0.06
                        New Bal  :     $0.00
_____

Total Collected :              $5.00

Debt Balance :                $20.53
Commissary Balance :          $15.34
```

```
****** RESIDENT COPY ******
Credit
Receipt # A22587

Lowndes County Jail
09/14/2006 08:38:50
ST 001 / OPR ADMIN

ALLEN,
  ROBERT

  Social Sec #    : 267755691
  Date of Birth   : 09/06/1964
  Location        :    A1

  Order Receipt # : A22495
  Order Date      : 09/11/2006

ITEM  QTY  DESCRIPTION              COST
----------------------------------------
1609   1   LOTION                   1.76
----------------------------------------
              Sub Total :          $1.76
                   Tax  :          $0.00
              Credit Total :       $1.76


Debt Balance :                     $0.00
Commissary Balance :               $1.76
```

```
****** RESIDENT COPY ******

Receivable Charge
Receipt # A22854

Lowndes County Jail
09/19/2006 21:16:56
ST 001 / OPR MM


ALLEN,
  ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1
_____

                      Old Bal    :      $0.06
Pencils -             Charged    :    + $0.15
                      Collected  :    - $0.15
                      New Bal    :      $0.06

    Comment : 09/19/2006

                      Old Bal    :      $0.24
Tums -                Charged    :    + $0.50
                      Collected  :    - $0.03
                      New Bal    :      $0.71

    Comment : 09/19/2006
_____

Total Collected :                      $0.18



Debt Balance :                         $1.77
Commissary Balance :                   $0.58
```

```
****** RESIDENT COPY ******

Receivable Charge
Receipt # A22894

Lowndes County Jail
09/20/2006 13:24:13
ST 001 / OPR FS


ALLEN,
  ROBERT

Social Sec #   : 267755691
Date of Birth  : 09/06/1964
Location       : A1
_____

                      Old Bal    :      $0.00
Prescription -        Charged    :    + $12.00
                      Collected  :    - $0.10
                      New Bal    :      $11.90

    Comment : MEDICINE
_____

Total Collected :                      $0.10



Debt Balance :                         $25.53
Commissary Balance :                   $0.34
```