**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kiki Lawson
   Lowndes County Detention Facility
   P.O. Box 157
   Hayneville, AL 36040

2. Article Number
   (Transfer from service label)
   7006 2760 0002 8193 2290

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Rufus Haralson    ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   2:07CV 90
   C + 8 type

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rufus Haralson*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
2-6-07

1. Article Addressed to:

Lenny Lee
Lowndes County Detention Facility
P.O. Box 157
Hayneville, AL 36040

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

07-90
c/o of proc.    40

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0002 8193 2306

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rufus Haralson*  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery  2-6-07 |
| 1. Article Addressed to:<br><br>Lowndes Co. Sheriff's Department<br>Lowndes County Detention Facility<br>P.O. Box 157<br>Hayneville, AL 36040 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:07cv 90<br>c+o rfpwc  40 |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7006 2760 0002 8193 2252 |
| PS Form 3811, February 2004 | Domestic Return Receipt                    102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rufus Hayalever* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery   2-6-07 |
| 1. Article Addressed to:<br><br>Jeanette Cottrell<br>Lowndes County Detention Facility<br>P.O. Box 157<br>Hayneville, AL 36040 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV90<br>c + 0 of proc.   (4b)<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 8193 2276 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Lairue Gresham
    Lowndes County Detention Facility
    P.O. Box 157
    Hayneville, AL 36040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Rufus Haralson*   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  3-6-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:07CV90
   c + o of proc. 40

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7006 2760 0002 8193 2283
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Willie Vaughner
   Lowndes County Detention Facility
   P.O. Box 157
   Hayneville, AL 36040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Rufus Hardson*       ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                      2-6-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07CV 90
   C & S of proc.    40

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 2269

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540