IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   Civil Action No. 2:07-cv-90-ID-WO |
| | ) |
| WILLIE VAUGHNER, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

COME NOW Lowndes County, Alabama Sheriff Willie Vaughner, Lowndes County, Alabama Jail Administrator Laura Gresham, Lieutenant Jeanette Cottrell, Sergeant Lakesha Lawson Bolling,[1] and Investigator Lenny Lee, the Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report and Answer. As reasons for so moving, these Defendants state the following:

1. The gathering of information with which to respond to the Plaintiff's allegations will take longer than the current deadline of March 14, 2007 for filing Defendants' Special Report and Answer, and additional time is needed in order that a full and complete response may be made;

2. The undersigned counsel for the Defendants has only recently received the above-referenced lawsuit; and

3. The Plaintiff will in no way be prejudiced by this extension of time.

---

[1] The Plaintiff has named as a Defendant "Kiki Lawson," who has married and whose correct name is Lakesha Lawson Bolling.

WHEREFORE, Defendants request an extension of time of thirty (30) days in which to file their Special Report and Answer.

Respectfully submitted this the 12th day of March, 2007.

        **s/Daryl L. Masters**
        DARYL L. MASTERS, Bar No. MAS018
        Attorney for Defendants Willie Vaughner,
        Laura Gresham, Jeanette Cottrell, Lakesha
        Lawson Bolling, and Lenny Lee
        WEBB & ELEY, P.C.
        Post Office Box 240909
        7475 Halcyon Pointe Dr. (36117)
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: rrobertson@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL 36067-3002

        **s/Daryl L. Masters**
        OF COUNSEL

2