IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-90-ID |
| LOWNDES COUNTY SHERIFF DEPT, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 8) is GRANTED; and

2. Defendants are GRANTED an extension from March 13, 2007 to April 12, 2007 to file their answer and written report

Done, this 13th day of March 2007.

       /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00090-ID-WC   Document 9   Filed 03/13/2007   Page 2 of 3