UNITED States District Court MIDDIE
District OF AlABAMA NORTHERN Division

RECEIVED
2007 MAR 29 A 9:49
P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Lee AllEN.
           PlAintiffs.                    Case No. 2:07-cv-85-WKW
        V.                                Case No. 2:07-cv-90-ID-WO

SHERIFF Willie VaughNER, et al.,
           Defendants.

Motion For Discovery of UNDisclosed INFoRMAtioN
AN Motion FoR Issuance   OF SubPOENA

COMES NOW, PlAINtiff, Robert Lee AllEN, PRose,
AND RESPECTFully MOVES this HonoRAble CouRt
FoR AN ORDER that A SubPOENA be ISSUED
AddRessed to the Lowndes County SHERIFF DepartMent
Willie VaughNER, Located At 653 StAtE HWY 21
SoutH, Hayneville, Al, 36040-6033, COMMaNDING
them to Provide PlAINtiff A Copy of All VIDEO
tapes FRom the Lowndes County DEtention Facility,
Video SuRValiance, FoR these Dates January 16, 2007,
January 21, 2007, January 22, 2007, January 29, 2007, January 30,
2007, And February 7, 2007. (FoR the whole Jail INSIde)
AND that All tapes be dated AND label FoR these dates
From 6:00 AM to 6:00 PM for each date listed,

And Produce Radio transmission From Car to dispatch, And dispatch Audio tapes And dispatch log sheets Any AND All IN Full For this the day of February 7, 2007 from the hours of 6:00 AM to 6:00 PM From the Lowndes County SHERIFF Department. Plaintiff's want a copy of Video Survaliance tapes of Lowndes County Detention Facility "Sally Port" outside Videos ON February 7, 2007. From 6:00 AM to 12:00 PM

THE Above name evidence (AND the list below) And said Materials are Vital to Plaintiff's defense of this cause. The Plaintiff's Can not Safely go To A jury Trial without the Above AND below evidence And Materials, And the Plaintiff does Not have sufficient Means and is Actually unable to pay the Fees Required to have Said SubPoenas issued as is More fully Shown IN the Plaintiff's Affidavit that was submitted with said Complaints filed 1-31-2007 AND 02-02-2007, Plaintiff, Prays that this Honorable Court will let Him proceed and obtain the ReQuested listed Materials to prove, And Defend the Alleged Violation of His Constitutional Rights thats Due to him by   Law, Plaintiff, states Cause AN Reason in the following:

1.) I Want All ORiginal Computer printout
Copies of the Lowndes County Detention facility,
INmate Jail Bed RosteR For these dates of the following
MoNths, August 2ND thru 19th, 2006, August AND
January 15th, 2007, thru February 15th, 2007, AND A updated
Current INmate Bed Roster Sheet to be Mailed to
plaintiff within the Next 18 days So that Plaintiff
CaN Correctly Spell witNesses Names To send their
Interoggatories to them when Plaintiff files his
Motion with the Courts these documents are Vital
to this Cause, and case.

2.) I want the <u>Names</u> And <u>Addresses</u> of <u>All</u>
Employee's of the Lowndes County Detention
facility, that worked their From August 1st, 2006
to February 28th, 2007 FoR INteroggatories
Purpose's, And to Make Sure Plaintiff Does Not
Misspell or Mis Qoute Any More Names, And For
other legal Matters that pertain to this cause
And case.

3.) I want Copies of All plaintiff's Displinary
Original

4.) I want a list of All employees that
    worked the dates that plaintiff's ReQuested
Jail Survaliance tapes in Full.

5.) I want AN ORDER to produce Whatever
    the Judge rule is permissable in this Motion
    AND would Allow for good cause And what
    is Not to Be Dis Re Gard.

6.) THE Defendant's will in No way be prejudiced
    by these ReQuest

        RESPECTFully Submitted.

        CERTIFICate OF SERVICE
    I PROSE, Robert Lee Allen Sending A Copy
    OF the Foregoing Motion to Defendants
    Attorney DARYl L MASTERS, by Mailing a Copy
    OF the Same in the United States MAil properly
    ADDRESSED And with Sufficient postage prepaid,
    this the 27th day OF MARCH 2007.


Robert Allen                prose   Robert allen
AutauGA Jail        3-27-2007        Robert Allen
136 N. Court Street
PRAttville Al, 36067-3002

MONTGOMERY AL 361

28 MAR 2007 PM 3 T

To. MRS. Debra Hackett, Clerk
P.O. Box 711
MoNtgoMeRy Al, 36101-0711

36101+0711

Robert, Allen
136 N. Court Street
PRAttville Al, 36067-3002