In The United States District Court
For The Middle District of Alabama
Northern Division

Robert Lee Allen,
    Plaintiff,

V.

Case No. 2:07-cv-90-ID-WO
2:07-cv-90-WKW

Willie Vaughner, et al.,
    Defendants.

## Motion Request For The Court's Permission To Begin Discovery

Comes Now, Plaintiff, Robert Lee Allen, Pro Se, In the Above Styled Cause and would Respectfully Request this Honorable Court's Permission to begin filing his Discovery Paperwork, so Plaintiff May try to prove his Case which should be Allowed through the Discovery process.

Submitted, this day the 19th of MARCH, 2007.

          pro se    Robert Allen
                         136 N. Court Street
                         prattville Al, 36067-3002

## CERTIFICATE OF SERVICE

I Certify I have served A Copy of the foregoing Request upon the Defendant's Attorney Daryl L. Masters, by Mailing a Copy of the Same in the United States Mail properly Addressed Postage prepaid this the 19th day of MARCH 2007.

                    3-19-2007    Robert Allen
                                        Robert Allen

Robert Allen
136 N. Court Street
prattville Al 36067-3002

Robert Allen
18 N. Court Street
Prattville Al, 36067-3002



RETURNED FOR POSTAGE

POSTAGE DUE 24¢

To, The Clerk, MRS. Debra Hackett
United States District Court
P.O. Box 711
Montgomery Al, 36101-0711





Wattwille Al 36067-3002

To: MRS. Hackett, Clerk
P.O. Box 711
MOntgomery, Al, 36101,-0711


