IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR 29 A 9:48
[illegible] P. HACKETT, C[LERK]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Lee Allen,
    Plaintiff,

V.     Case No. ~~2:07-90-ID-WO~~
        2:07-CV-90-ID-WO

Willie Vaughner, et al.,
    Defendants.

### Motion Request that Defendants Counsel Do Not Ask Certain Question And Motion In Limine

Comes Now, the Plaintiff, Robert Lee Allen, in the Above Referenced case and moves this Honorable Court in LIMINE for an ORDER instructing the Defendant's Attorney, or Counsel to Refrain Absolutely From Asking Any direct or indirect Questions that the Plaintiff will have to Quote the the law or have To Research or look in Any law book or Rule book of law To Respond to Defendants Counsel

Questions in his Reports or Any future Motion or Anything he sends To Courts As long as Plaintiff has no Acess to A Law Library. IN Support of this Motion the Plaintiff state the Following:

1.) The trial will involve a Determination of these Basic issues.

2.) The Means of Gathering of Information with which to Respond is not Available in this facility At Autauga County jail At this time.

3.) The Defendants Counsel will in No way be Prejudiced by this Request.

4.) No Acess to Copy Machines to Make Copies of Any thing.

5.) see Attached Exhibit. "A"   Dated 3-15-2007

3-19-2007   Respectfully Submitted.

## CERTIFICATE OF SERVICE

I Certify that I have Served a Copy of the Above and foregoing upon Defendants Counsel Daryl L. Masters by placing a Copy of same By United States Mail postage prepaid this the 19th day of March 2007.

3-19-2007   Robert Allen
5:00 AM     Robert Allen

Exhibit "A"

# INMATE REQUEST FORM

TO: **Lieutenant. Oates**      DATE: **3-14-2007**

**BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:**
NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

Lieutenant. Oates,

My Name is Robert Lee Allen, I AM PRo-Se in My Case, And i Need to use the Law Library for (10 to 20 Hours A week) I Need At least (10) Hours A week At the least And acess to A Copy Machine to MAke Copies of My legal papers to be Mail to the Court's.

Respectfully Submitted.
Please Respond As Soon As you Can

INMATE NAME: **MR. Robert Allen**   Date 3-14-2007 Time 9:00 pm   POD ASSIGNMENT: **601**

***** DO NOT WRITE IN THIS SPACE *****

**DISPOSITION:**

all jails are not required to have Law Library, Must seek Your attorney to do all of this "access to Copy Machine Denied"

_Lt. Oates_      **03-15-07**
OFFICER'S SIGNATURE      DATE

Stamp with your Seal
AND Send A copy to Defendants
Attorney And send Me A copy Also