IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2007 MAR 29 A 9:48
A. P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Lee Allen,
   Plaintiff,

V.                           Civil No. 2:07-CV-90-ID-WO

Lt. Jeanette Cottrell.
SGT. Lakesha Lawson Bolling.
Det. Lenny Lee.
Captain Laura Gresham.
Sheriff Willie Vaughner.
         Defendants.

Motion to Ask The Court To Allow The Plaintiff To Add Criminal And Negligence Activity To The Complaint And Mental And Anguish Damage, Punitive Damage And Cruel And Unjust Treatment And A Jury Trial

Comes Now, the Plaintiff, Robert Lee Allen, Pro se In the Above Referenced Cause And Moves Respectfully

Request this Honorable Court to Enter An Address this Motion As Reasons for So Moving the Plaintiff state the following:

1.) All Defendants have Rank.

2.) I was Lockdown for No Reason by force with a taser Gun pointed At My head And lead to And Lockdown with no Explaination And All My legal Documents And Legal Mail was Search without plaintiff being present And After A week of being lock down was Released without A Hearing or Any paperwork done on this Matter.

3.) The Captain Duties include Making Sure that the Lieutenant And the Sergeant's And C.O's Do thier jobs in a proffessional Manner And by the Guidelines of the Jail Code And Rules every day.

Robert Allen
136 N Court Street
Prattville, Al 36067-3002

## Certificate of Service

I Certify that I have Served a Copy of the Above And foregoing upon Defendants Attorney Daryl L. Master by placing a Copy of Same by United States Mail postage prepaid this the 19th day of March 2007.

3-19-2007
6:00 AM

Robert Allen
Robert Allen