IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN                    *

    Plaintiff,                        *

      v.                             *            2:07-CV-90-ID

MR. WILLIE VAUGHNER, *et al*.,      *

    Defendants.                       *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's *Motion Request that Defendants['] Counsel Do Not Ask Certain Question[s] and Motion in Limine*.   By this pleading, Plaintiff requests entry of an order which instructs "the Defendants' attorney, or counsel to refrain absolutely from asking any direct or indirect questions that the Plaintiff will have to quote the law or have to research or look in any law book or rule book of law to respond to Defendants' counsel, questions in his report or any future motion or anything he sends to the court as long as Plaintiff has no access to a law library."  (Doc. No. 12.)

Plaintiff's motion has been read, considered, and shall be denied. Nonetheless, Plaintiff is advised that the court imposes no requirement that he cite to legal authority in order to support his complaint and/or his opposition to Defendants' written report.

Accordingly, it is

ORDERED that Plaintiff's Motion for Court Order Prohibiting Defense Counsel from

Asking Certain Questions and Motion in Limine (Doc. No. 12) be and is hereby DENIED.

Done, this 30th day of March 2007.


                         /s/Wallace Capel, Jr.
                  WALLACE CAPEL, JR.
                  UNITED STATES MAGISTRATE JUDGE