IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN          *

    Plaintiff,              *

        v.                   *          2:07-CV-90-ID

MR. WILLIE VAUGHNER, *et al*.,   *

    Defendants.             *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to Begin Discovery and for the reasons stated in the court's March 30, 2007 order (Doc. No. 14), it is

ORDERED that the motion (Doc. No. 11) be and is hereby DENIED at this time.

Done, this 30th day of March 2007.

                       /s/Wallace Capel, Jr.
                      WALLACE CAPEL, JR.
                      UNITED STATES MAGISTRATE JUDGE