IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT LEE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil Action No. 2:07-cv-90-ID-WC |
| | ) | |
| WILLIE VAUGHNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Lowndes County, Alabama Sheriff Willie Vaughner, Lowndes County, Alabama Jail Administrator Laura Gresham, Lieutenant Jeanette Cottrell, Sergeant Lakesha Lawson Bolling, and Investigator Lenny Lee, the Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report and Answer. As reasons for so moving, these Defendants state the following:

1. Defense counsel is in need of additional time to obtain and review additional documents from the Defendants in order to provide the Court with a meaningful Special Report.

2. The Plaintiff will not be prejudiced by this twenty-one day extension.

WHEREFORE Defendants request this Court to grant them an extension of time to file their Special Report and Answer on or before May 3, 2007.

Respectfully submitted this the 4th day of April, 2007.

                                                      s/Daryl L. Masters
DARYL L. MASTERS, Bar No. MAS018
Attorney for Defendants
WEBB & ELEY, P.C.
Post Office Box 240909
7475 Halcyon Pointe Dr. (36117)
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  rrobertson@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 12th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL  36067-3002

                                        **s/Daryl L. Masters**
                                        OF COUNSEL