IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

—————————————————

| | |
|---|---|
| ROBERT LEE ALLEN | * |
| Plaintiff, | * |
| v. | *          2:07-CV-90-ID |
| MR. WILLIE VAUGHNER, *et al*., | * |
| Defendants. | * |

—————————————————

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Defendants' Motion for Extension of Time (Doc. No. 18) is GRANTED; and

2.  Defendants are GRANTED an extension from April 12, 2007 to May 3, 2007 to file their answer and written report.

Done, this 5th day of April 2007.

——————/s/ Wallace Capel, Jr.———————
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE