IN The UNited STates District CouRT
FoR The Middle District of AlABAMA
     NoRtherN      DivisioN

Robert lee Allen,
     PlAiNtiff,

v.                         Case No. 2:07-CV-90-ID-WC

Willie VAughneR, et al.,
     defendant's.

Motion to Object to AN ORDeR GRANted IN
The INStant case IN the Reference to the
Negligence AN CRiminal Activity OR TO
ReconSider At A later Date IN Case

COMES NOW, the PlAintiff, Robert lee Allen, pro se,
IN the Above Styled Cause And would Move the
Honorable Court to Reconsider And to Grant
PlAintiff's MotioN to Amend with Negligence AN
Criminal Activity, IN Support of thereof
would Show this HoNoRAble Court as follows;

1.) IN the INStant case, the PlAintiff Avers to

this Honorable Court that he has pleaded specific facts, And that he has not Alleged mere Allegations.

2.) The Plaintiff will Demostrate that at the time of the Alleged Violation, the Contours of the Allegedly violated Rights were:

"Sufficiently Clear that A Reasonable official would understand that what he/she was doing Violate(d) the laws and that particular Right."

3.) The plaintiff would State that by the time that he is done pleading this case, that he feels that he will have done just that, that he will have demostrated that the defendants should have Reasonably known what the laws were and what Rights he was Violating or she was violating the plaintiff's fourth, fourteenth Amendments due to him by the law and U.S. Constitution.

4.) In the Instant case plaintiff was held at Tazer Gun point for no cause And led to A lockdown cell And lockdown for (8) days But before plaintiff was put in A lockdown cell he Ask several times over twenty (20) Times

Why he was being lockdown Robert lee Allen Recieve no Answer from the Lt. Jeanette Cottrell or from Detective Lenny lee or SGt. Lakesha Lawson Bolling, plaintiff, then Ask could he take his legal mail And Documents he had Recieved from the United States District Clerk office that was sitting on top of his belonging's that he was told to pack up at Tazer point-pointed At him the whole while this incident took place And led to lockdown cell while At the Entrance of lockdown cell door Detetive lenny lee said He was going to shoot me if I didn't go inside now, And Stop Asking for my legal mail or Anything else so I went inside And Lt. Jeanette Cottrell lock the door by shutting it behind me.

5.) Plaintiff, Robert lee Allen, watch through lockdown cell window and watch Lt. Jeanette Cottrell, SGt. Lakesha lawson Bolling. Lt. Jeanette Cottrell pick up Robert Allen Belongings that was sitting on the floor in the Booking Room with his legal mail sitting on top And walk to a Room where you see the Nurse at, proceeded to look through all of Robert lee Allen personal And legal Docoments + Mail I could hear A lot of talking And rummaging going on And then After About 10 minutes they

3 of 5

came back into the booking Area in view And sat my personal and legal mail down on the Booking counter I could see clearly that my "stuff" personal property was A mess After sitting down Robert Allen personal property Lt. Jeanette Cottrell And SGt. Lakesha Lawson Bolling took off plastic ~~lax~~ latex Gloves And put them in the garbage can by the Exit door leading to the Sally port Area.

6.) UNDeR the Circumstance's And how it was executed the lockdown And search of Robert lee Allen property was not done legally, And thus everything that occured with the Search And lockdown was ~~in~~ A Violation of the plaintiffs Constitutional Rights, which is indeed A MAtter for this Honorable Court to Decide

7.) PlAINtiff was Released After 8 day's of being in lockdown with no probable cause, but to deprive him of his Rights thats guaranteed by law.

8.) PlAintiff Never Recieve no paperwork of why he was lock down, And the Search of his property

A.) Robert lee Allen was given his legal mail + documents, And personal property (2) two hours later (that day.)

4 of 5

9.) Plaintiff Never Recieve a hearing.

10.) Never Recieve No Explaination for being in lockdown but was shown by defendant's Action when they search property belonging to Plaintiff.

11.) No Displinary paper's were issued to plaintiff.

Wherefore, the plaintiff would further Respectfully Request that this Honorable Court Grant this Motion An let this case proceed, And Let the Plaintiff Start his Discovery so that he might be Able to provide And prove his case further, through the documents that he would Request And the Answers that the defendant's And witnesses would thus ultimately provide to him through And by Discovery.

## Certificate of Service

I hereby Certify that I have served a Copy of the Above And Foregoin upon the Honorable Debra Hackett, the Clerk by placing a copy of Same in the U.S. Mail, postage prepaid, on this the 17th day of April 2007. (Daryl L. Masters Served) (Bar No. MAS018)          Prose Robert all

Robert Allen
136 N. Court St                4-17th 2007      Robert Allen
Prattville Al, 36067-3002

page 5 of 5

RobeRt Allen
AutaugA MetRo Jail
136 N. Court StREET
PRattville Al, 36067-3002

To, the CIERK, DebRA Hackett
P.O. Box 711
Montgomery Al, 36101-0711

