IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT of ALABAMA NORTHERN DIVISION

RECEIVED

2007 APR 19 A 9:18

Robert Lee ALLEN,
        PlAINtiff,
    V.                          CASE NO. 2:07-cv-90-ID-WC

Willie VAughneR, et al.,
        defendants.


MOTION FoR PlAINtiff's INteroggatories And Joint ReQuest
foR PRoduction of Documents uNdeR Rule 45 (A)(B)
        Federal Rules of Civil Procedure


Directed    to: Willie VaughneR, et al.,
Captain Laura GreshaM,
Lt. Jeanette Cottrell,
SGt. Lakesha, Lawson. Bolling,
Det. Lenny Lee,
by And Through Their Attorney
    Daryl L MASteRS    (MAS 018)
    P.O. Box 240909
    MoNtgoMery Al, 36124

To be served by the U.S. MAil Service
To Defendant's Attorney  Daryl L MASteR

CERtificate of SERVICE

I Certify that a copy of the foregoIN has
been Served upoN Daryl L. MasteRS, AttoRNey
by placing SAme IN the U.S. MAil, postage prepaid,
ON this the 17th day of APRil 2007.

Robert Allen
136 N Court, St
Prattville Al 36067-3002

pro se Robert allen
Robert Allen

4-17-2007