In the UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Robert lee Allen,
    Plaintiff,
V.                Case No. 2:07-cv-90-ID-WC

Willie Vaughner, et al.,
    defendant's.

## Motion For Service by U.S. Mail Service To Send To Defendant's Attorney office with A Certificate of SERVICE Attached To All Interroggatories Documents

1.) Plaintiff has been permitted to proceed in forma pauperis in this case.

2.) Plaintiff, has no one to serve these documents for Him, I will send them by U.S. Mail. Wherefore, Plaintiff moves to have his enclosed discovery documents served by the U.S. Mail Service to defendant's Attorney in the same manner that plaintiff serves the Courts or files his documents with the Courts.

## Certificate of Service

I Certify that A Copy of the foregoing has been Served upon DARYl L. Masters, Attorney, by placing same in the U.S. Mail, postage prepaid, on this the 17th day of April 2007.

Robert Allen
136 N. Court, St
PRattville, Al, 36067-3002

prose Robert allen
Robert Allen

4-17-2007