IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-90-ID |
| MR. WILLIE VAUGHNER, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Plaintiff has filed a pleading styled as a *Motion for Interrogatories and Joint Request for Production of Documents Under Rule (A)(B) Federal Rules of Civil Procedure*. He provides no information in support of this pleading nor any description of its intended purpose. Accordingly, it is

ORDERED that the motion (Doc. No. 21) be and is hereby DENIED.

To the extent Plaintiff files the above-referenced motion for the purpose of seeking leave to conduct discovery, the motion is DENIED at this time for the reasons stated in the court's March 30, 2007 order. (*See* Doc. No. 14).

Done, this 20th day of April 2007.

                                             /s/ Wallace Capel, Jr.
                                       WALLACE CAPEL, JR.
                                       UNITED STATES MAGISTRATE JUDGE