IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-90-ID |
| | ) |
| WILLIE VAUGHNER, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon CONSIDERATION of Plaintiff Robert Lee Allen's motion to object or to reconsider, filed April 19, 2007 (Doc. No. 20), it is ORDERED that said motion be and the same is hereby DENIED.

Done this 23rd day of April, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE