IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT LEE ALLEN,
　　PLAINTIFF,
V.
WILLIE VAUGHNER, et al.,
　　DEFENDANTS,

CIVIL ACTION NO. 2:07-CV-90-ID-WO
2:07-CV-85-WKW

## MOTION FOR DISMISSAL OF DEFENDANT'S SPECIAL REPORT AND ANSWER OR MOTION FOR EXTENSION OF TIME AN MOTION FOR ISSUANCE OF SUBPOENA FOR AN ORDER SO THAT PLAINTIFF CAN GET LEGAL DOCUMENTS COPIED

COMES NOW, the plaintiff, Robert Lee Allen, prose, IN the Above styled Cause and moves this Honorable Court to Grant AN Order For Dismissal of Defendant's Special Report And Answers Or For AN Extension of time IN which to file UN copied legal Documents to Respond IN opposition to present Sufficient legal cause AN For AN Order that a Subpoena be issued Address to the Autauga County Metro Jail, located at 136 N. Court Street, Prattville, Al 36067-3002, COMMANDING them to Allow Robert Lee Allen, the plaintiff Access to their Copy Machine

1 of 16

to MAKE Copies of legal Documents, so that plaintiff Can Respond back to the Courts, Robert Allen, the plaintiff Respectfully Ask this Honorable Court to take Jurisdiction in this Matter. Robert Allen, will show the Court the Grounds to Support these Motions As follows:

The plaintiff would State to this Honorable Court, that in Order to overcome A Defendants Assertion of Qualified Immunity, that the plaintiff Must demonstrate that at the time of the Alleged Violation, the Contours of the Allegedly violated Rights were:

"Sufficiently Clear that A Reasonable Official would understand that what he/she was doing Violate(d) the laws and that particular Right."

The plaintiff, would State that by the time that he is done pleading this case, that he feels that he will have done just that, that he will have demonstrated that the Defendants Should have Reasonably Know what the laws were and what Rights he was violating.

IN the INstant case at BaR, the plaintiff AveRs to this HonoRable CouRt that he has plead Specific Facts, and that he has not Alleged MeRe Allegations as the Defendants Suggests. The plaintiff would Respectfully ReQuest that this HonoRable CouRt Consider the Violation of the plaintiff's 4th Amendment Right.

Robert Allen, the plaintiff, prose, does not have A Law Degree, So he has to Ask the CouRt to Allow the Motion, And to decide what has to be Done by the Facts, that will be Shown to the CouRt by using the <u>Defendant's Special Report And Answers</u>. Because it does not ReQuire the plaintiff to Mail Any of these documents because the CouRt And the Defendants have Copies Already Robert Allen, prose will show the Court "<u>Reasonable Doubt And Facts</u>" If the Honorable CouRt would <u>listen</u> And <u>look</u> And <u>Read</u>. All that is shown to them Robert Allen, plaintiff Also have single copies of legal Document's that will show the CouRt that plaintiff has been stating Facts Not Mere Allegation Robert Allen, can show Criminal Activity with some of these Documents Already in the Courts possession And if Allowed plaintiff will show some through Defendant's Special Report And Answer.

Robert Allen, the plaintiff Respectfully Ask this Honorable Court to take jurisdiction in this matter. Robert Allen, plaintiff will show the Court the grounds to Support this Motion As follows:

1.) The plaintiff, Robert Allen, has submitted over (50) fifty Request to the Autauga County Jail Staff to have his legal Documents copied And only got one Response And it was denied Robert Allen Sent that Request to the Courts, And it was Returned back to the Autauga County Jail upon its Return for insufficient Amount of 24¢ cent when it in fact contained only seven sheets of paper upon it Return to the Autauga County Jail. The Jail Staff open up My legal Mail And seen the Request that was inside that Denied Robert Allen, plaintiff, Access to the Jail Law Library And Denied me Access to their Copy Machine. That Request And Envelope is in My Instant case file in Mrs. Debra Hacketts the Clerk files I Ask the Court to Retrieve that Request form And Review it to be use in this Cause. Robert Allen Also Ask Orally several, several times After this Returned Request I haven't gotten No Response thereafter

2.) Robert Allen, Plaintiff is incarcerated and cannot afford to pay the processing by U.S Mail service to send anyone on the outside to make copies for him

3.) Robert Allen's Legal Mail is being open without him presence, And never has Robert Allen sign for any of his legal mail. Robert Allen has receive his legal mail open up already after being in the Jail Staff possession for up to (1) one week. Robert Allen write's down who deliver's him legal mail and the dates that he receives all of his legal mail. Robert Allen is afraid to trust anyone with his legal documents because he only has one copy of some of these documents. Most of these documents have to be copied and cannot be hand written to served as a copy the Court will accept. Robert Allen has concrete proof with these documents that are in his possession.

4.) It is already establish in the Courts that I am indigent, and my status has not changed.

5.) Plaintiff has already establish the fact that their is a Copy Machine at this Jail facility in Prattville, Al and was Denied.

6.) Plaintiff does not have sufficient means and is actually unable to pay the fees required by the Clerk, Honorable Debra Hackett to make copies

7.) It is vital to the plaintiff defense to have access to this Copy Machine, plaintiff does not trust his legal Mail And legal Documents ~~Lying~~ Laying Around in the jail Somewhere for several Days

8.) ON (2) two occasion Robert Allen's Legal Mail was given to other Inmates. ~~(Look At Exhibit "A" And "B")~~

9.) Access to the Copy Machine will keep the plaintiff From having to write down everything (2) two times in Order to keep this Instant case on track, And to Also cut down on his time in Responding back to the Courts IN A timely Manner.

10.) Since Robert Allen, plaintiff does not have Access to A Copy Machine He Ask the courts to Allow him to use Defendant's Special Report And Answer As his Evidence since All parties have A Copy And it does not Require to be Mailed to Anyone. And they have been Before the Courts Already

11.) I want the Court to look At top sheet of the Defendant's Special Report And Answer. I want you to read the <u>Introduction</u>. It Reads Robert Allen was Arrested for <u>Receiving Stolen Property First Degree UNTRUE</u>, Robert Allen, the plaintiff was Arrested For theft of Property 1st (Look At Exhibit "C") And ("D") ( The Warrant And Complaint)

12.) I want the Court to look At the <u>INtRoduction</u> Again Now Read the dates it Reads October 10, 2007 that day is yet to come it is in the future

13.) I want the Court to Read the <u>Introduction</u> where it says plaintiff was Returned to the Lowndes County Jail IN January, 2007. <u>UNtRue</u> IN fact Robert Allen was Returned back to the Lowndes County Jail ON October 12, 2006 two day's After being Transfered to Autauga County Jail ON the Defendant's Special Report And Answer I want the Court to look Exhibit "1" Now I want the Court to Read the Alabama Uniform Arrest Reports, both of them Now I want the Court to Read the <u>Date of ARRest</u> one Reads 10-12-06 the date Robert Allen the plaintiff Returned FROM Autauga County Jail the other one Reads 08-08-06 the day that's on The ARRest Warrant (Exhibit "C")

14.) Now I want the Court to Look At the Consolidated Appearance Bond. It Reads <u>Rec. Stolen property 1st</u> <u>UNtRUE</u>. Robert Allen, the plaintiff is charge with <u>Theft of pRoperty 1st</u>. Look At the Special Report And Answer Look At (Exhibit 1) Now Read the Consolidated Appearance Bond. (Look At Exhibit "C" Arrest warrant) Read the Charge (Look At Exhibit 1 Read the Charge)

7 of 16

15.) Now I want the Court to look at the Consolidated Appearance Bond Again, Now look At the top Right hand Corner where it (Say) reads Case Number. Notice that it is blank, No case number. Now I want the Court to think for A Minute this is the Bond I was told to sign And I would be Allow to go home but After Robert Allen sign Consolidated Appearance Bond he was handcuffed And driven to A Gas station on the outskirts of Montgomery And Transfered over too AN Autauga County Deputy Sheriff And driven back to the Autauga County Sheriff's office Robert Allen was never told he was under Arrest, And why he was being lock up in Another County, Robert Allen was Release 2-7-07 from Lowndes County illegal under false Bond. Suppose I told the Court that their is more issues with this Bond. I want the Court to Read the Bond where it States false statements are punishable as perjury. Plaintiff will expose those issues At A later time in this Instant case I think the Court will want to know those issues.

16.) Now I want the Court to look at both case's, Case No 2:07-CV-90-ID-WC And 2:07-CV-85-WKW I want the Court to Look At All of the Defendants Affidavit's None of them have been Stamp with A Notary publix Seal

8 of 16

17.) Now I want the Court <u>specifically</u> to look At the <u>Affidavit of Lakesha Bolling</u> She did not sign her Affidavit nor is it Notarize her Affidavit is <s>in</s> <u>Not Completed</u>. on Case No. 2:07-CV-90-ID-WC of the Defendant's Special Report

18.) I Don't Know About the Courts Affidavits but one of Jeanette Cottrell Affidavit Sheets is missing the Middle one is Missing from her Affidavit, that was (Sent) Mailed to Plaintiff, Robert Allen (IMComplete)

19.) Now I want the Court to look At case <u>No. 2:07-CV-90-ID-WC</u>, I want the Court to look At <u>Affidavit's</u> of <u>Lenny Lee</u>, I want the Court to look At (Exhibit "2") <u>Read both Affidavit's</u> <u>plaintiff will explain</u> what to <u>look</u> for And <u>Read</u> I want the Court to Read the <u>first</u> Affidavit <u>without</u> the Notary Seal, Read Number (3) It Reads, After Lieutenant Jeanetta Cottrell, <u>Sergeant Lakesha Bolling</u>, And I Confronted INMate Robert Allen,

Now Go to (Exhibit "2") <u>Lowndes County Sheriff's</u> <u>Office Incident Report</u>, Now <u>Read</u>, the <u>first</u>, Four lines on this <u>Notarize Sworn Statement</u> <u>with the</u> <u>Notary publix Stamp Seal</u> by Notary publix Stephanie Jones on the 9th day of February 2007.

It <u>Reads</u>, on 1-22-07 between 1:30 And 2:00pm MR Robert Allen was <u>escorted</u> from the Dorm Cell that he had been Confined to by Me, INVestigater Lenny lee. <u>SGt. L. Taylor</u> And officer J. Cottrell to A

9 of 16

Holding cell in the booking area.
I want the Records to show that on one Affidavit it states that SGt. Lakesha Bolling escorted Robert Allen And on the other one with the Notary Seal stamp on it, it clearly states SGt L. Taylor escorted Robert Allen up to Booking Area, Along with Lt. J. Cottrell Now I want the Court to think for A minute we have to conflicting supposingly sworn Staments Made under oath. Let the Court Records show that for the Records.

20.) Robert Allen the plaintiff, want Everything in this Motion on Record in A Court Transcript so plaintiff can Retrieve for his other Instant complaints that May arise At A later Date.

21.) Now plaintiff, Robert Allen, prose, would like the Court to Look At the Defendant's Special Report and Answer. Now I want (~~you~~) the Honorable Court to Look at (Exhibit "3") Inmates Request Forms I want the Court to look At the top sheet with the dates of the Request forms All out of Order And staple together so that the Court can't see a clear picture of the proper sequence's of An event unfolding But Robert Allen the plaintiff, will Guide the Court through this Maze. But I want to Address Laura Gresham Affidavit first because of the Staments that pertain to these last And Lost Request/Grievance Forms that seem to have disappeared suddenly

10 of 16

I want the Court to Look At Affidavit of Laura Gresham, Civil Action No 2:07-CV-85-WKW Defendant's Special Report And Answer. Look At page 2 Number 5 I want the Court to Read (Number "5" of page 2) Affidavit It Reads, At no time does Any Member of the jail Staff substitutes his or her judgement for the Medical judgement of Nurses, paramedics, or Doctors. Now I want the Court to Read Number (18) of Laura Gresham Affidavit Look where it Reads, The Doctor Also Recommended that he Receive an over-the counter Medication, Metamucil. No prescription was filled for this Medication due to the fact that, as it is An over the counter Medication Now I want the Court to Stop Reading for a Moment and let your Mind go back to what line Number (5) Read, I Do not have to Explain, Because the Court is smarter than Robert Allen You Already know, Now I want the Court to Look At (Exhibit "5") It Reads prescription for Robert Allen (dated (09-06-06) Now Look at the Date on the Doctor's prescription it Reads different, Now I want the Court to Look at where Someone Alter the Doctor's prescription And written in the words ("Do Not fill") And Circle the Medcine the Doctor presribe for Robert Allen to take to improve his Medical condition Now Read All of the Request/Grievance's Robert Allen wrote when the Medicine that the jail substituted Did not work Robert Allen Suffered badly.

Now what does this look like <u>somebody's trying</u> to <u>play Doctor</u> without A <u>Medical Degree</u> Now I want to Ask the Court is it Against the Law to <u>Alter A Doctors</u> Prescription the Court can <u>Clearly</u> see someone did in Fact Alter the Doctors prescription. Let the Court <u>Records</u> show that for later use Now I want the Court to Turn to the <u>Next page</u> of (Exhibit "5") I want the Court to <u>Read</u> Do you see the other Medicine presRibe to be use by, Robert Allen, the plaintiff, No where, <u>No you don't see</u> it Because <u>Someone</u> other than the Doctor <u>Change</u> his <u>prescription</u> Now I want the Court to Look At (Exhibit "4") of the Defendant's Special Report And Answer, Now I want the Court to Read ReQuest/GRievance form <u>Dated 9-06-06</u> I want the Court to Examine the ReQuest form Grievance's <u>All</u> of them for Signatures And (No) Action ~~that was taken~~ taken by the Jail Staff, <u>Most</u> of these ReQuest Grievance Forms Do not have A Receiving officer <u>signatures</u> (No) Action was taken on <u>None</u> of the ReQuest GRievance's Forms, Robert Allen, <u>Notice</u> None of his Grievance Forms Are in this list on his Instant Complaint these are All old Complaints I want it on Record the Defendants <u>did not submit All of</u> <u>Robert Allen,</u> the <u>plaintiff Grievances And ReQuest Forms</u> I want the Court to <u>Reflect</u> back to where All of the Defendant's <u>State</u> in <u>All</u> of their Affidavits that they know Robert Allen, the plaintiff, Grievances forms being submitted the only one that close, And was pertaining to was

Request/Grievance form Dated 9-19-2006 when Robert Allen Ask to speak to the Chief, on 9-7-2006 Robert Allen was bitten by A spider 2 times And Never Received Any Medical treatment Robert Allen was Denied, Robert Allen Submitted Request/Grievance's forms on Everything that to him I want the Court to look At how many Requests Robert Allen submitted when he did not go to the Bathroom to pass A Bowel Movement, Robert Allen beleives in submitting Request/Grievance's, when he is denied his Rights or wrong by the jail staff the incident's that occurred happen And Robert Allen treated them No different From the one's the defendant chose to use As their defense As you can see the Jail Staff Does'nt even bother Signing none of your Complaints I want the Court to take Notice that none of these Complaints was Returned back to Robert Allen. How can Robert Allen produce Any Request Grievance Documents If they was never look at or sign how can the Court Accept Defendants Words that Robert Allen Did not submit Any Grievance's Forms on his Instant Complaint The defendant's have showed the Court's through their own Evidence submitted to the Courts they don't sign nor take Action Robert Allen the plaintiff submitted Too many Grievances, he cannot count them All but Never did the Jail Staff Respond back, I think Robert Allen has proven something is wrong here through Defendant's Special Report And Answers,

22.) I want the Court to look At the signatures on the Consolidated Appearance Bond (Look At Exhibit "1") Now I want the Court to take A few minutes And study the signatures of the Sheriff's, take A look At the Style in which its sign I want you to look At how the letter's are straight neatly written, pay close Attention to how the last Name is worded And seperated, I, Robert Allen, the plaintiff, prose have in his possession A true copy of the Sheriff. Willie Vaughner signatures if you look At the writing that say's who can sign it Reads (Approved by: judge/Magistrate/sheriff) I want the Court to Know Actually it looks As if both signatures was sign by the same person, Because I Also have A True copy of the Captain, Laura Gresham signature And it doesn't match up And thats A fact And thats what the court wanted And thats what I the plaintiff is going to show the Court with documents provided by the defendants themselve's in the Defendant's Special Reports And Answers. Now I want the Court to look at both specia Defendant's Special Report And Answer Now I want the Court to Look At All of the Affidavits signatures where the Captain Laura Gresham And Sheriff Willie Vaughner has it doesn't take A Hand writing expert to see the difference in these signature's iN fact your signature is of kind like A fingerprint

14 of 16

Laura Gresham was the <u>Notary for All</u> of the <u>defendants</u> I want the Court to look At how each of her signatures, <u>Match up</u> ~~also~~ <u>not one</u> of them look even close to being like the signature on the <u>Consolidated Appearance Bond</u> <u>pay close Attention to how each signature their</u> different From each other Now I want you to look At the Sheriffs last name ( Look At the (V's) And (G's) And (H) In Vaughner) Look At how this Name is written straight up And down Motion Not slanted, I want <u>All</u> Attention Focus on the Bond I want the Court to look At how the (H) in vaughner And the (G) in Gresham lines straight up with each other suggesting its one of the same person that sign Now If Robert Allen can see it I know the Court can to <u>The Reason</u> I know for sure <u>Because</u> I Have A <u>True Copy</u> of Both Signatures, <u>but I have no way to Make Copies to send the Courts</u>. Unless this Honorable court Grant In plaintiff favor And Grant what HE Request, I want the Court to know Robert Allen is Not A Hand written specialist he just know its A fact And A fact is A fact And these signatures Do not Match And since these documents have Already been before the Courts they Are Considered Evidence to be use In the Course of this Trial If this Motion is Granted plaintiff wish to Start His Discovery process.

Match the Signatures up to the Consolidated Appearance Bond

WHEREFORE, premises considered, the plaintiff would Respectfully Request that this Honorable Court not Allow the Defendants to plead or claim Any of the Defenses or Immunities that he has stated in his Response. The plaintiff has Already proven by the Exhibits that the Special Report has provided to this Honorable Court that something is not Right Somewhere, And thus there Should be some Right to find out the truth to this Matter.

Wherefore, the plaintiff would further Respectfully Request that this Honorable Court Gran an Order in his Favor if not plaintiff has more Evidence ~~in his favor if not~~ To Add to this cause if Allow to proceed, But plaintiff want this Instant Complaint To Reveal All the Truth And plaintiff Has it

## CERTIFICATE OF SERVICE

I certify that I have served A True And Correct Copy of the foregoing on the Defendants Attorney DARYL L Masters                By placing same IN The Mail, 1st class, postage paid on This 11th Day of May 2007.

Robert Allen
136 N. Court St            5-11-2007    Prose  Robert all
Prattville Al 36067-3002                       Robert Allen

# WARRANT

| STATE OF ALABAMA | LOWNDES COUNTY | DISTRICT COURT |

AGENCY NUMBER: S
WARRANT NUMBER: WR 2006 000435.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   ROBERT LEE ALLEN   AND BRING HIM/HER BEFORE THE DISTRICT   COURT OF LOWNDES COUNTY TO ANSWER THE STATE ON A CHARGE(S) OF:
THEFT OF PROP 1ST   CLASS: B   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 09 DAY OF AUGUST, 2006.

BOND SET AT: (1)     $20,000.00   BOND TYPE: PROPERTY BOND
             (2)   _____
             (3)   _____

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

---

CHARGES: THEFT OF PROP 1ST  X   13A-008-003           F   FELONY

---

NAME: ROBERT LEE ALLEN                    ALIAS:
ADDRESS: 1025 BLUEBERRY LANE              ALIAS:
ADDRESS:
CITY: PRATTVILLE        STATE: AL         ZIP: 36067 0000
                                          PHONE: 334 361 5408 EXT: 000

EMPLOYMENT:
DOB: 09/01/1964   RACE: B    SEX: M     HAIR: BLK
EYE: BRO   HEIGHT: 6'03"    WEIGHT: 185
SID: 000000000   SSN: 267755691   DL NUM:

---

### EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(✓) PLACING DEFENDANT IN THE LOWNDES COUNTY JAIL

( ) RELEASING DEFENDANT ON APPEARANCE BOND

THIS __8TH__ DAY OF __AUGUST__ __2006__

SHERIFF
BY _____

---

COMPLAINANT: AGENT MATT BOWMAN
             C/O ABI
             301 S. RIPLEY STREET
             MONTGOMERY AL   36104

OPERATOR: RUJ      DATE: 08/09/2006

**RECEIVED**
AUG 0 9 2006
SHERIFF
LOWNDES COUNTY

```
                    ALABAMA JUDICIAL INFORMATION SYSTEM
                 * * * IN THE DISTRICT COURT OF LOWNDES COUNTY * * *

AGENCY NUMBER: S                      WARRANT NUMBER: WR 2006 000435.00
                                      OTHER CASE NBR:

                              C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
LOWNDES COUNTY, ALABAMA, PERSONALLY APPEARED    AGENT MATT BOWMAN
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT     ROBERT LEE ALLEN              DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

ON OR ABOUT 8/8/06, KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED
CONTROL OVER:
   (X) A MOTOR VEHICLE, TO-WIT: 1980 FORD 150, THE PROPERTY OF, TO-WIT:
       JOHN FARRIOR, WITH THE INTENT TO DEPRIVE THE OWNER OF THE SAID
       PROPERTY!
IN VIOLATION OF 13A-008-003                              OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                      _____
                                            COMPLAINANT'S SIGNATURE


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 09 DAY OF AUGUST, 2006.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

CHARGES: THEFT OF PROP 1ST      13A-008-003          F   FELONY

WITNESS FOR THE STATE

AGENT MATT BOWMAN/C/O ABI/301 S. RIPLEY STREET/MONTGOMERY/36104


OPERATOR: RUJ      DATE: 08/09/2006
```



TO: the Clerk, Hackett
Office of The Honorable DEBRA, Hackett
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711