IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN               *

    Plaintiff,                 *

    v.                         *       2:07-CV-90-ID

MR. WILLIE VAUGHNER, *et al.*,  *

    Defendants.                *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Dismissal of Defendants' Special Report and Answer. Upon consideration of the motion, construed as a Motion to Strike Defendants' Special Report and Answer, it is

ORDERED that the motion (Doc. No. 30) be and is hereby DENIED.

Plaintiff requests an extension of time to file documents in support of his opposition to Defendants' written report. Upon consideration of the motion, it is

ORDERED that Plaintiff's motion (Doc. No. 30) is GRANTED and Plaintiff is GRANTED an extension from May 29, 2007 to June 8, 2007 to file any further pleadings, documents, and/or exhibits in support of his opposition.

Plaintiff requests that a subpoena be issued to the Autauga County Metro Jail

directing them to allow him access to their copy machine.  Upon consideration of Plaintiff's motion, construed as a motion to compel prison officials at the Autauga County Metro Jail to allow Plaintiff use of their copy machine, it is

    ORDERED that the motion (Doc. No. 30) be and is hereby DENIED.

    Done, this 18th day of May  2007.


                      /s/ Wallace Capel, Jr.
                WALLACE CAPEL, JR.
                UNITED STATES MAGISTRATE JUDGE