IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN          *

    Plaintiff,             *

    v.                     *           2:07-CV-90-ID

MR. WILLIE VAUGHNER, *et al*.,    *

    Defendants.            *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Leave to Substitute Affidavit in Special Report, and for good cause, it is

ORDERED that the motion (Doc. No. 32) be and is hereby GRANTED.

Done, this 29th day of May 2007.

                                        /s/ Wallace Capel, Jr.
                                   WALLACE CAPEL, JR.
                                   UNITED STATES MAGISTRATE JUDGE