IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN              *

    Plaintiff,                *

    v.                        *        2:07-CV-90-ID

MR. WILLIE VAUGHNER, *et al*.,  *

    Defendants.               *

_____

**ORDER ON MOTION**

Upon consideration of the motion for leave to begin discovery filed by Plaintiff on June 11, 2007 and as Defendants have provided those evidentiary materials within their possession which are relevant to a determination of the issues presented in this case, it is

ORDERED that the motion (Doc. No. 34) be and is hereby DENIED.

Done, this 14th day of June 2007.

                      /s/ Wallace Capel, Jr.
                      WALLACE CAPEL, JR.
                      UNITED STATES MAGISTRATE JUDGE