IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
            NORTHERN        DIVISION

ROBERT LEE ALLEN,
        PLAINTIFF,

        V,                              Case No. 2:07-CV-90-ID

MR. Willie VAUGHNER, et al.,
        Defendants,

MOTION REQUESTING  photo Copies
of LAURA GRESHAM AN Willie
VAUGHNER DRIVER'S LICENSE

COMES NOW, the plaintiff, ROBERT LEE Allen,
PRO se, IN the ABove Styled, Ask this
HONORABLE Court to GRANT this MOTION
REQUESTING photo Copies of LAURA
GRESHAM AN Willie VAUGHNER DRIVER'S License
And As grounds would state as follows:

1.) The plaintiff believes And does believes that

the REQuested photo Copies of MRS. LauRA Gresham AN MR. Willie VAUGHNER DRiveR's license IS Vital too this Cause And plaintiff's Defense of how faR the Defendants have gone IN this Cause.

2.) The HONORABlE COURt Also Needs to see those Copies of the DRiveR license's with theiR owN eye's.

3.) If IN fact, that the SignatuRe's ON the Documents that was submitted to the HONORABlE CouRt IN the Defendant's Special Report And AnsweR IN Case NO. 2:07-CV-85-WKW And 2:07-CV-90-ID, ARe the CORRect way they sign theiR NAMes And Authentic Signatures. The Defendants' will IN NO way be pReJudiced by this ReQuest the photo Copies of theiR DRiveR License.

WheRefORe, PlAINtiff, ReQuest that these photo Copies be submitted within five (5) days if this MOTION is GRANted To the plaintiff And the HONORABlE CouRt

Dated this 14th day of June 2007.

Robert L. Allen
Autauga County Jail
136 N. Court. St
Prattville, Al 36067-3002

## CERTIFICATE OF SERVICE

I do hereby Certify that a Copy of the foregoing has been served upon the Defendants Attorney Daryl L. Masters, by placing same in the United States Mail, postage prepaid, on this the 14th day of June 2007.

Pro se Robert all
Robert Allen

6-14-2007

RLA

MONTGOMERY AL 361

15 JUN 2007 PM 4 T

Robert Allen
Autouga County Jail
136. N. Court St
Prattville, Al 36067-3002

INMATE MAIL
AUTAUGA METRO JAIL

OFFice of The Clerk
MRS. DeBRA Hackett
P.O. Box 711
Montgomery, Al 36101-0711

36101+0711