IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-90-ID |
| MR. WILLIE VAUGHNER., *et al*., | * | |
| Defendants. | * | |

**ORDER ON MOTION**

Before the court is Plaintiff's request that Defendants Gresham and Vaughner submit photocopies of their driver's licenses. Plaintiff asserts that he makes this request for purposes of determining the authenticity of Defendants Gresham and Vaughner's signature on the affidavits they submitted in support of their special report. Upon consideration of Plaintiff's request, it is

ORDERED that the motion for photocopies of Defendants Gresham and Vaughner's driver's license (Doc. No. 39) be and is hereby DENIED.

Done, this 19th day of June 2007.

                                                   /s/ Wallace Capel, Jr.
                                                   WALLACE CAPEL, JR.
                                                   UNITED STATES MAGISTRATE JUDGE