IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

**ROBERT LEE ALLEN**,  )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-00090-ID-WC
)
LOWNDES COUNTY SHERIFF'S DEP'T, ET AL. )
, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Willie Vaughner__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/20/2007
Date

(Signature)

Daryl L. Masters
(Counsel's Name)

Willie Vaughner, Jeanette Cottrell, Lairue Gresham, Kiki Lawson, Lenny Lee
Counsel for (print names of all parties)
P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

### CERTIFICATE OF SERVICE

I, __DARYL L. MASTERS__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE__ 20_07_, to:

Robert Lee Allen

Autauga Metro Jail

136 North Court Street

Prattville, Alabama 36067

__6·20·07__
Date

__[signature]__
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

ROBERT LEE ALLEN_____ , )
 )
 Plaintiff, )
 )
v. ) CASE NO. 2:07-cv-00090-ID-WC_____
 )
LOWNDES COUNTY SHERIFF'S DEP'T, ET AL. )
_____ , )
 )
 Defendants, )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Jeanette Cottrell_____ , a Defendant_____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☒ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☒ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity Relationship to Party

_____ _____

_____ _____

_____ _____

6/20/2007
Date (Signature)

 Daryl L. Masters
 (Counsel's Name)

Willie Vaughner, Jeanette Cottrell, Lairue Gresham, Kiki Lawson, Lenny Lee
Counsel for (print names of all parties)
P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __DARYL L. MASTERS__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE__ 20_07_, to:

Robert Lee Allen

Autauga Metro Jail

136 North Court Street

Prattville, Alabama 36067


__6·20·07__
Date

__[signature]__
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

**ROBERT LEE ALLEN**, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-00090-ID-WC
)
LOWNDES COUNTY SHERIFF'S DEP'T, ET AL. )
, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Laura Gresham__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |

6/20/2007
Date

(Signature)
Daryl L. Masters
(Counsel's Name)

Willie Vaughner, Jeanette Cottrell, Laura Gresham, Kiki Lawson, Lenny Lee
Counsel for (print names of all parties)
P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __DARYL L. MASTERS__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE__ 20_07_, to:

Robert Lee Allen

Autauga Metro Jail

136 North Court Street

Prattville, Alabama 36067


__6-20-07__
Date

__[signature]__
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

**ROBERT LEE ALLEN**_____,  )
                                    )
    Plaintiff,                      )
                                    )
v.                                  ) CASE NO. 2:07-cv-00090-ID-WC
                                    )
LOWNDES COUNTY SHERIFF'S DEP'T, ET AL. )
_____,   )
                                    )
    Defendants,                     )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW __Kiki Lawson__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[X] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/20/2007
Date

(Signature)

Daryl L. Masters
(Counsel's Name)

Willie Vaughner, Jeanette Cottrell, Laura Gresham, Kiki Lawson, Lenny Lee
Counsel for (print names of all parties)

P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE__ 20_07_, to:

Robert Lee Allen

Autauga Metro Jail

136 North Court Street

Prattville, Alabama 36067

_____6.20.07_____
Date

_____[signature]_____
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT LEE ALLEN,

Plaintiff,

v.   CASE NO. 2:07-cv-00090-ID-WC

LOWNDES COUNTY SHERIFF'S DEP'T, ET AL.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Lenny Lee__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party

6/20/2007                                (Signature)
Date                                     Daryl L. Masters
                                         (Counsel's Name)
                                         Willie Vaughner, Jeanette Cottrell, Laura Gresham, Kiki Lawson, Lenny Lee
                                         Counsel for (print names of all parties)
                                         P.O. Box 240909
                                         Montgomery, Alabama 36124
                                         Address, City, State Zip Code
                                         (334) 262-1850
                                         Telephone Number


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, ____DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ____U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE_____ 20_07_, to:

Robert Lee Allen

Autauga Metro Jail

136 North Court Street

Prattville, Alabama 36067

_____6·20·07_____          _____[signature]_____
        Date                          Signature