IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-90-ID |
| MR. WILLIE VAUGHNER., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Plaintiff has filed *Motion for An Objection to Defendants' Motion of Conflict Disclosure Statement*. Plaintiff's request, construed as a motion to strike Defendants' corporate disclosure statement, shall be denied as such statement is filed pursuant to court order. *See* Civil Misc. No. 00-3047.

Accordingly, it is ORDERED the motion to strike *(Doc. No. 42)* be and is hereby DENIED.

Done, this 16th day of November 2007.

　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE