IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT LEE ALLEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   Civil Action No. 2:07-cv-90-ID-WC |
| | ) |
| **WILLIE VAUGHNER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Joseph L. Hubbard, Jr., of the law firm of Webb & Eley, P.C., and files his notice of appearance as additional counsel of record for the Defendants, Jeanette Cottrell, Laura Gresham, Lakisha Bolling, and Lenny Lee, in the above-captioned matter.

Respectfully submitted this 4th day of September, 2008.

                        **s/Joseph L. Hubbard**
                        JOSEPH L. HUBBARD, JR., Bar No. HUB015
                        Attorney for Defendants
                        WEBB & ELEY, P.C.
                        7475 Halcyon Pointe Dr. (36117)
                        Post Office Box 240909
                        Montgomery, Alabama  36124
                        Telephone:  (334) 262-1850
                        Fax:  (334) 262-1889
                        E-mail:  jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL  36067-3002

                                  **s/Joseph L. Hubbard**
                                  OF COUNSEL