IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-cv-90-ID |
| | ) |
| MR. WILLIE VAUGNER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #50) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #50) of the Magistrate Judge is ADOPTED. Defendants' Motion for Summary Judgment (Doc. #28) is GRANTED to the extent Defendants seek dismissal due to Plaintiff's failure to exhaust available administrative remedies. It is further

ORDERED that Plaintiffs' complaint pursuant to 42 U.S.C. § 1983 is DISMISSED with prejudice, in accordance with the provisions of 42 U.S.C. § 1997e(a), due to Plaintiff's failure to exhaust an administrative remedy available to him during his confinement in the Lowndes County Jail. An appropriate judgment will be entered.

Done this 26th day of March, 2009.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE